Same case below, 625 F.3d 724.

**No. 11-156. William R. Rhodes, et al., Petitioners v. E. I. du Pont de Nemours and Company.**

565 U.S. 977, 132 S. Ct. 499, 181 L. Ed. 2d 347, 2011 U.S. LEXIS 7899.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 636 F.3d 88.

**No. 11-174. Garden Grove Unified School District, Petitioner v. C.B., a Minor, By and Through His Guardian ad Litem, Alexis Baquerizo.**

565 U.S. 977, 132 S. Ct. 500, 181 L. Ed. 2d 347, 2011 U.S. LEXIS 7833.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 635 F.3d 1155.

**No. 11-211. Live Gold Operations, Inc., Petitioner v. Paula T. Dow, Attorney General of New Jersey.**

565 U.S. 977, 132 S. Ct. 500, 181 L. Ed. 2d 347, 2011 U.S. LEXIS 7810.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 650 F.3d 223.

**No. 11-216. Daniel Carrera, et al., Petitioners v. Commercial Coating Services International, Limited, et al.**

565 U.S. 977, 132 S. Ct. 501, 181 L. Ed. 2d 347, 2011 U.S. LEXIS 7904.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 422 Fed. Appx. 334.

**No. 11-223. Edward Tinsley, Petitioner v. Angela Q. Barksdale.**

565 U.S. 977, 132 S. Ct. 502, 181 L. Ed. 2d 347, 2011 U.S. LEXIS 7804.

October 31, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

**No. 11-231. Downing/Salt Pond Partners, L.P., Petitioner v. Rhode Island, et al.**

565 U.S. 977, 132 S. Ct. 502, 181 L. Ed. 2d 347, 2011 U.S. LEXIS 7886.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 643 F.3d 16.